UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RANDEZ WEST,**<br><br>  Plaintiff,<br><br> v.<br><br>**HOME DEPOT U.S.A., INC.,** *et al.*,<br><br>  Defendants. | **Civil Action No. 20-6462 (ES) (MAH)**<br><br>**ORDER** |

Before the Court is Plaintiff Randez West's motion to remand this case to state court (D.E. No. 7), which was opposed by Defendant Home Depot U.S.A., Inc. (D.E. No. 8). On August 6, 2020, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation ("R&R") recommending that this Court deny Plaintiff's motion to remand and advised the parties that they had until August 20, 2020, to file and serve any objections to the R&R under Local Civil Rule 72.1(c)(2). (D.E. No. 10). No party has filed an objection. The Court having reviewed the record, the parties' submissions, and given "reasoned consideration" to the R&R, *see EEOC v. Long Branch*, 866 F.3d 93, 99-100 (3d Cir. 2017), which properly concludes that diversity jurisdiction lies and therefore that Home Depot's removal of this action to federal court was proper,

**NOW THEREFORE, IT IS** on this 1st day of September 2020,

**ORDERED** that this Court adopts Magistrate Judge Hammer's R&R in full; and it is further

**ORDERED** that the Clerk of Court shall terminate docket entries 7 and 10.

  */s/ Katharine S. Hayden*
  **Katharine S. Hayden, U.S.D.J.**